85,028-01

June 9th 2016

To the one that this may concern:

If it would not be too much of an inconvenience I would like a courtesy copy of my 11.07 (WR-85,028-01)(Tc.Ct. No. 2012-CR-0469-W1). Specifically, a copy of the memorandum. If you cannot send me a courtesy copy then please notify me of how much it may cost. If you cannot send me a copy altogether please advise me of how I can recieve one. ThankYou.

Submitted respectfully by Kwaku Agyin TDCJ No 1853987

Beto Unit
1391 FM 3328
Tenessee Colony, TX 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 13 2016

Abel Acosta, Clerk